UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. ORTIZ, et al.,

Plaintiffs,

v.

CLIENT SERVICES, INC.,

Defendant.

No. 2:18-cv-02396 KJM AC PS

ORDER

Plaintiffs are proceeding in this action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On September 6, 2018, defendant filed an amended motion to dismiss. ECF No. 8. Plaintiffs have not responded to the motion.[1]

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Local Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be

////

---

[1] Defendant has filed a notice of plaintiff's failure to oppose the motion, and requests that its motion to dismiss therefore be granted without leave to amend. ECF No. 9.

1

grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion hearing date of October 10, 2018 is CONTINUED to October 31, 2018, at 10:00 a.m. in Courtroom No. 26;
2. Plaintiff shall file an opposition – or a Statement of Non-Opposition – to the motion, no later than October 17, 2018. Failure to file an opposition or to appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: October 5, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE