UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. ORTIZ, et al.<br><br>Plaintiffs,<br><br>v.<br><br>CLIENT SERVICES, INC.,<br><br>Defendant. | No. 2:18-cv-02396 KJM AC PS<br><br><br><br>ORDER |

The court is in receipt of plaintiffs' motion for a continuance. ECF No. 10. Plaintiffs request a 60-day continuance of the pending amended motion to dismiss. ECF No. 10 at 1. Plaintiffs state, in relevant part, that plaintiff Rene Ortiz is "out of the country." Id. at 2.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiffs' motion for continuance (ECF No. 10) is GRANTED;
2. The motion hearing date of October 31, 2018 is CONTINUED to December 12, 2018, at 10:00 a.m. in Courtroom No. 26; and
3. Plaintiff shall file an opposition – or a Statement of Non-Opposition – to the motion, no later than November 28, 2018. Failure to file an opposition or to appear at the hearing will be deemed as a statement of non-opposition and shall result in a

////
////

1

recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED: October 10, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2